# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 3:96CR00005-002 |
| THOMAS BRIAN FOSTER | ) | USM No: 93034-071 |
| Date of Previous Judgment: August 26, 1997 | ) | James S. Weidner, Jr. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 to life months | Amended Guideline Range: | 360 to life months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):  There is no change in the guideline range since the same imprisonment range, 360 months to life, is applicable to both the original and revised offense levels.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  August 26, 1997  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  February 24, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge